# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:25−cv−00677−ADA

| | |
|---|---|
| MOSAID Technologies Inc. v. Intel Corporation | Date Filed: 05/06/2025 |
| Assigned to: Judge Alan D Albright | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **MOSAID Technologies Inc.** | represented by | **Jamie H. McDole**<br>Winstead PC<br>2728 N. Harwood Street<br>Suite 500<br>Dallas, TX 75201<br>(214) 745−5154<br>Fax: (214) 745−5390<br>Email: jmcdole@winstead.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Austin C. Teng**<br>Winstead PC<br>600 W. 5th Street<br>Suite 900<br>Austin, TX 78701<br>512−370−2806<br>Email: ateng@winstead.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Cody MacJackson Carter**<br>Winstead PC<br>2728 N. Harwood Street, Ste. 500<br>Ste 500<br>Dallas, TX 75201<br>214−745−5477<br>Email: ccarter@winstead.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel S Shuminer**<br>Winstead PC<br>600 W 5th St., Suite 900<br>Austin, TX 78701<br>786−637−7441<br>Email: dshuminer@winstead.com<br>*ATTORNEY TO BE NOTICED*<br><br>**David Alexander Neal**<br>Winstead PC<br>2728 N. Harwood St<br>Suite 500<br>Dallas, TX 75201 |

214−745−5632
Email: dneal@winstead.com
*ATTORNEY TO BE NOTICED*

**Jason G. Sheasby**
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
310−203−7096
Fax: 310−282−5712
Email: jsheasby@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Bridges**
Bridges IP Consulting
2113 19th Ave. S
Nashville, TN 37212
(615) 973−9478
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Massimo Ciccarelli**
Ciccarelli Law Firm
100 N 6th Street, Suite 502
Waco, TX 76701
214−444−8869
Email: max@ciccarellilawfirm.com
*ATTORNEY TO BE NOTICED*

**Matthew William Cornelia**
Winstead PC
2728 N. Harwood Street, Suite 500
Dallas, TX 75201
214−475−5137
Email: mcornelia@winstead.com
*ATTORNEY TO BE NOTICED*

**Matthew L. Vitale**
Winstead PC
TX
500 Winstead Building, 2728 N. Harwood Street
Dallas, TX 75201
214−745−5400
Fax: 214−745−5390
Email: mvitale@winstead.com
*ATTORNEY TO BE NOTICED*

**Michael D. Karson**
Winstead PC
2728 N. Harwood Street
Suite 500
Dallas, TX 75201
(214) 745−5335
Fax: (214) 745−5390

Email: mkarson@winstead.com
*ATTORNEY TO BE NOTICED*

**Miranda Yan Jones**
Winstead PC
2728 N. Harwood Street, Suite 500
Dallas, TX 75201
214–745–5400
Email: mjones@winstead.com
*ATTORNEY TO BE NOTICED*

**Phillip B. Philbin**
Winstead PC
2728 N. Harwood Street
Suite 500
Dallas, TX 75201
(214) 745–5757
Fax: (214) 745–5390
Email: pphilbin@winstead.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**  represented by  **Kathy H. Li**
Kirkland & Ellis LLP
401 W. Fourth Street
Austin, TX 78701
512–678–9167
Email: kat.li@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Lauer Litow**
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389–5000
Fax: (202) 879–5200
Email: abigail.litow@kirkland.com
*TERMINATED: 12/01/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alex Henriques**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446–4800
Fax: (212) 446–4900
Email: alex.henriques@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher T. Ilardi**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212−909−3049
Email: chris.ilardi@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Rokach**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312−862−3169
Email: david.rokach@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
(212) 446−4800
Fax: (212) 446−4900
Email: garovas@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John R. Rhine**
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 879−5000
Fax: (202) 879−5200
Email: john.rhine@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nikhil Rama Krishnan**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312−862−2323
Email: nikhil.krishnan@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Appleby**
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
(212) 446−4800
Fax: (212) 446−4900
Email: robert.appleby@kirkland.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd M Friedman**
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
(212) 446–4800
Fax: (212) 446–4900
Email: todd.friedman@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Plaintiff**

**Intel Corporation**  represented by  **Kathy H. Li**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Lauer Litow**
(See above for address)
*TERMINATED: 12/01/2025*
*ATTORNEY TO BE NOTICED*

**Alex Henriques**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher T. Ilardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Rokach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory S. Arovas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Rhine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nikhil Rama Krishnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert A. Appleby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd M Friedman**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**MOSAID Technologies Inc.**                     represented by **Jamie H. McDole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin C. Teng**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cody MacJackson Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel S Shuminer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Alexander Neal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason G. Sheasby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Bridges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Massimo Ciccarelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew L. Vitale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Karson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda Yan Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip B. Philbin**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2025 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* ( Filing fee $ 405 receipt number ATXWDC–20140895). No Summons requested at this time, filed by MOSAID Technologies Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Civil Cover Sheet Page 1, # 24 Civil Cover Sheet Addendum)(Ciccarelli, Massimo) (Entered: 05/06/2025) |
| 05/06/2025 | Ï 2 | RULE 7 DISCLOSURE STATEMENT filed by MOSAID Technologies Inc.. (Ciccarelli, Massimo) (Entered: 05/06/2025) |
| 05/06/2025 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Attachments: # 1 Supplement for Group 2, # 2 Supplement for Group 3)(Ciccarelli, Massimo) (Entered: 05/06/2025) |
| 05/06/2025 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (kp) (Entered: 05/07/2025) |
| 05/06/2025 | Ï | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Mark Lane. (kp) (Entered: 05/07/2025) |
| 05/06/2025 | Ï | DEMAND for Trial by Jury by MOSAID Technologies Inc.. (kp) (Entered: 05/07/2025) |
| 05/22/2025 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by MOSAID Technologies Inc.. *to Intel Corporation* (McDole, Jamie) (Entered: 05/22/2025) |
| 05/22/2025 | Ï 5 | Summons Issued as to Intel Corporation. (cc3) (Entered: 05/22/2025) |
| 05/23/2025 | Ï 6 | SUMMONS Returned Executed by MOSAID Technologies Inc.. Intel Corporation served on 5/23/2025, answer due 6/13/2025. (McDole, Jamie) (Entered: 05/23/2025) |
| 05/29/2025 | Ï | Parties shall comply with Judge Albright's Standing Order Governing Proceedings – Patent Cases. (r013) (Entered: 05/29/2025) |
| 06/10/2025 | Ï 7 | NOTICE *of Extension of Time to Answer* by MOSAID Technologies Inc. (Ciccarelli, Massimo) (Entered: 06/10/2025) |
| 06/10/2025 | Ï | Reset Deadlines: Intel Corporation answer due 7/28/2025. (pg) (Entered: 06/12/2025) |
| 06/26/2025 | Ï 8 | NOTICE of Attorney Appearance by Kathy H. Li on behalf of Intel Corporation. Attorney Kathy H. Li added to party Intel Corporation(pty:dft) (Li, Kathy) (Entered: 06/26/2025) |
| 06/26/2025 | Ï 9 | NOTICE *JOINT NOTICE UNDER OGP SECTION III* by MOSAID Technologies Inc. (McDole, Jamie) (Entered: 06/26/2025) |
| 07/28/2025 | Ï 10 | MOTION to Appear Pro Hac Vice by Kathy H. Li *for Gregory S. Arovas* ( Filing fee $ 100 receipt number ATXWDC–20510936) by on behalf of Intel Corporation. (Li, Kathy) (Entered: 07/28/2025) |
| 07/28/2025 | Ï 11 | MOTION to Appear Pro Hac Vice by Kathy H. Li *for Robert A. Appleby* ( Filing fee $ 100 receipt number ATXWDC–20511030) by on behalf of Intel Corporation. (Li, Kathy) (Entered: |

| | | |
|---|---|---|
| | | 07/28/2025) |
| 07/28/2025 | 12 | MOTION to Appear Pro Hac Vice by Kathy H. Li *Todd M. Friedman* ( Filing fee $ 100 receipt number ATXWDC−20511052) by on behalf of Intel Corporation. (Li, Kathy) (Entered: 07/28/2025) |
| 07/28/2025 | 13 | MOTION to Appear Pro Hac Vice by Kathy H. Li *for Alex Henriques* ( Filing fee $ 100 receipt number ATXWDC−20511068) by on behalf of Intel Corporation. (Li, Kathy) (Entered: 07/28/2025) |
| 07/28/2025 | 14 | MOTION to Appear Pro Hac Vice by Kathy H. Li *for David Rokach* ( Filing fee $ 100 receipt number ATXWDC−20511075) by on behalf of Intel Corporation. (Li, Kathy) (Entered: 07/28/2025) |
| 07/28/2025 | 15 | MOTION to Appear Pro Hac Vice by Kathy H. Li *for John R. Rhine* ( Filing fee $ 100 receipt number ATXWDC−20511091) by on behalf of Intel Corporation. (Li, Kathy) (Entered: 07/28/2025) |
| 07/28/2025 | 16 | MOTION to Appear Pro Hac Vice by Kathy H. Li *for Abigail Lauer Litow* ( Filing fee $ 100 receipt number ATXWDC−20511104) by on behalf of Intel Corporation. (Li, Kathy) (Entered: 07/28/2025) |
| 07/28/2025 | 17 | MOTION to Appear Pro Hac Vice by Kathy H. Li *for Nikhil Rama Krishnan* ( Filing fee $ 100 receipt number ATXWDC−20511118) by on behalf of Intel Corporation. (Li, Kathy) (Entered: 07/28/2025) |
| 07/28/2025 | 18 | MOTION to Appear Pro Hac Vice by Jamie H. McDole *for Jason G. Sheasby* ( Filing fee $ 100 receipt number ATXWDC−20513996) by on behalf of MOSAID Technologies Inc.. (Attachments: # 1 Proposed Order)(McDole, Jamie) (Entered: 07/28/2025) |
| 07/28/2025 | 19 | MOTION to Appear Pro Hac Vice by Jamie H. McDole *for Kenneth Bridges* ( Filing fee $ 100 receipt number ATXWDC−20514014) by on behalf of MOSAID Technologies Inc.. (Attachments: # 1 Proposed Order)(McDole, Jamie) (Entered: 07/28/2025) |
| 07/28/2025 | 20 | NOTICE *Dismissing Certain Claims without Prejudice* by Intel Corporation re 1 Complaint,, (Li, Kathy) (Entered: 07/28/2025) |
| 07/28/2025 | 21 | RULE 7 DISCLOSURE STATEMENT filed by Intel Corporation. (Li, Kathy) (Entered: 07/28/2025) |
| 07/28/2025 | 22 | Sealed Document: Intel Corporation's Answer and Counterclaims of 1 Complaint,, by Intel Corporation (Li, Kathy) (Entered: 07/28/2025) |
| 07/29/2025 | 23 | ORDER GRANTING 17 Motion to Appear Pro Hac Vice for Attorney Nikhil Rama Krishnan for Intel Corporation. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 07/29/2025 | 24 | ORDER GRANTING 14 Motion to Appear Pro Hac Vice for Attorney David Rokach for Intel Corporation. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 07/29/2025 | 25 | ORDER GRANTING 19 Motion to Appear Pro Hac Vice for Attorney Kenneth Bridges for MOSAID Technologies Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic |

| | | |
|---|---|---|
| | | filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 07/29/2025 | 26 | ORDER GRANTING 12 Motion to Appear Pro Hac Vice for Attorney Todd M Friedman for Intel Corporation. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 07/29/2025 | 27 | ORDER GRANTING 16 Motion to Appear Pro Hac Vice for Attorney Abigail Lauer Litow for Intel Corporation. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 07/29/2025 | 28 | ORDER GRANTING 18 Motion to Appear Pro Hac Vice for Attorney Jason G. Sheasby for MOSAID Technologies Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 07/29/2025 | 29 | ORDER GRANTING 10 Motion to Appear Pro Hac Vice for Attorney Gregory S. Arovas for Intel Corporation. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 07/29/2025 | 30 | ORDER GRANTING 13 Motion to Appear Pro Hac Vice for Attorney Alex Henriques for Intel Corporation. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 07/29/2025 | 31 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Robert A. Appleby for Intel Corporation. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 07/29/2025 | 32 | ORDER GRANTING 15 Motion to Appear Pro Hac Vice for Attorney John R. Rhine for Intel Corporation. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (pg) (Entered: 07/29/2025) |
| 08/04/2025 | 33 | ANSWER to 1 Complaint,, with Jury Demand , COUNTERCLAIM against MOSAID Technologies Inc. by Intel Corporation.(Li, Kathy) (Entered: 08/04/2025) |
| 08/04/2025 | 34 | STATUS REPORT *Joint Case Readiness Status Report* by MOSAID Technologies Inc.. (Teng, Austin) (Entered: 08/04/2025) |
| 08/18/2025 | 35 | ANSWER to Counterclaim.(McDole, Jamie) (Entered: 08/18/2025) |
| 09/02/2025 | 36 | Joint MOTION for Entry of Scheduling Order Deadlines *(with Parties' competing positions)* by MOSAID Technologies Inc.. (Attachments: # 1 Proposed Order by MOSAID (Ex. A), # 2 Proposed Order by Intel (Ex. B))(Ciccarelli, Massimo) (Entered: 09/02/2025) |

| | | |
|---|---|---|
| 09/05/2025 | 37 | SCHEDULING ORDER: Pretrial Conference set for 7/1/2027 before Judge Alan D Albright, Jury Selection/Trial set for 7/19/2027 before Judge Alan D Albright, Markman Hearing set for 2/26/2026 09:30 AM before Judge Alan D Albright, Amended Pleadings due by 6/18/2026, Joinder of Parties due by 4/9/2026, Dispositive and Daubert Motions due by 4/15/2027. Signed by Judge Alan D Albright. (pg) (Entered: 09/08/2025) |
| 09/08/2025 | 38 | Sealed Motion to Transfer by Intel Corporation (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Proposed Order) (Li, Kathy) (Entered: 09/08/2025) |
| 09/11/2025 | 39 | ORDER Setting Hearing on 36 Joint MOTION for Entry of Scheduling Order Deadlines (with Parties' competing positions) : Motion Hearing set for 9/15/2025 10:00 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (pg) (Entered: 09/11/2025) |
| 09/12/2025 | 40 | NOTICE *OF VENUE DISCOVERY* by MOSAID Technologies Inc. (Neal, David) (Entered: 09/12/2025) |
| 09/15/2025 | 41 | Minute Entry for proceedings held before Judge Alan D Albright: Motion Hearing held on 9/15/2025 re 36 Joint MOTION for Entry of Scheduling Order Deadlines (with Parties' competing positions) filed by MOSAID Technologies Inc. Statements and Arguments of Counsel Heard. (Minute entry documents are not available electronically.). (Court Reporter Kristie Davis.)(pg) (Entered: 09/15/2025) |
| 09/15/2025 | 42 | Redacted Copy of 38 Sealed Motion to Transfer by Intel Corporation by Intel Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Proposed Order)(Li, Kathy) (Entered: 09/15/2025) |
| 09/18/2025 | 43 | Transcript filed of Proceedings held on 9−15−25, Proceedings Transcribed: Motions Hearing. Court Reporter/Transcriber: Kristie Davis (kmdaviscsr@yahoo.com), Telephone number: 2546660904. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 10/9/2025, Redacted Transcript Deadline set for 10/20/2025, Release of Transcript Restriction set for 12/17/2025, (kd) (Entered: 09/18/2025) |
| 11/25/2025 | 44 | Joint MOTION to Extend Scheduling Order Deadlines by MOSAID Technologies Inc.. (Attachments: # 1 Proposed Order)(Teng, Austin) (Entered: 11/25/2025) |
| 11/25/2025 | 45 | MOTION to Appear Pro Hac Vice by Kathy H. Li *for Christopher T. Ilardi* ( Filing fee $ 100 receipt number ATXWDC−21026950) by on behalf of Intel Corporation. (Li, Kathy) (Entered: 11/25/2025) |
| 11/26/2025 | 46 | Unopposed MOTION to Withdraw as Attorney *for Abigail Lauer Litow* by Intel Corporation. (Li, Kathy) (Entered: 11/26/2025) |
| 11/26/2025 | 47 | FIRST AMENDED SCHEDULING ORDER: Consent to Trial by Magistrate due by 4/15/2027, Final Pretrial Conference set for 7/1/2027 before Judge Alan D Albright, Jury Selection/Trial set for 7/19/2027 before Judge Alan D Albright, Markman Hearing set for 2/26/2026 09:00 AM before Judge Alan D Albright, Amended Pleadings due by 6/18/2026, Discovery due by 12/17/2026, Joinder of Parties due by 4/9/2026, Dispositive and Daubert Motions due by 4/15/2027. Signed by Judge Alan D Albright. (pg) (Entered: 11/26/2025) |
| 12/01/2025 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 46 Unopposed Motion to Withdraw as Attorney. Before the Court is Defendant Intel Corporations Unopposed Motion To Withdraw Abigail Lauer Litow as Counsel of Record for Defendant. The Court, being duly advised, and finding good cause hereby GRANTS the motion. IT IS ORDERED that Abigail Lauer Litow is WITHDRAWN as counsel of record in this matter for Defendant. Entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (ASlc) (Entered: 12/01/2025) |
| 12/02/2025 | 48 | ORDER GRANTING 45 Motion to Appear Pro Hac Vice for Attorney Christopher T. Ilardi for Intel Corporation,Christopher T. Ilardi for Intel Corporation. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Alan D Albright. (cnr) (Entered: 12/02/2025) |
| 12/09/2025 | 49 | NOTICE of Attorney Appearance by Matthew William Cornelia on behalf of MOSAID Technologies Inc.. Attorney Matthew William Cornelia added to party MOSAID Technologies Inc.(pty:pla) (Cornelia, Matthew) (Entered: 12/09/2025) |
| 12/19/2025 | 50 | Opening Claim Construction Brief by Intel Corporation. (Attachments: # 1 Exhibit 1 – Declaration of Dr. Dean Neikirk regarding Indefiniteness, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Li, Kathy) (Entered: 12/19/2025) |
| 01/12/2026 | 52 | Sealed Opposition to 38 Defendant's Motion to Transfer Venue filed by MOSAID Technologies Inc. pursuant to W.D. Texas SDS procedures (pg) (Entered: 01/21/2026) |
| 01/15/2026 | 51 | Reply Claim Construction Brief regarding 50 Claim Construction Brief, by MOSAID Technologies Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Teng, Austin) (Entered: 01/15/2026) |
| 01/23/2026 | 57 | Sealed Reply in Support of its 38 Motion to Transfer Venue to the District of Oregon by Intel Corporation pursuant to W.D. Texas SDS procedures. (pg) (Entered: 01/28/2026) |
| 01/27/2026 | 54 | ORDER Setting Hearing on 38 Sealed Motion to Transfer by Intel Corporation : Motion Hearing set for 2/2/2026 09:30 AM before Judge Alan D Albright,. Signed by Judge Alan D Albright. (pg) (Entered: 01/27/2026) |
| 01/27/2026 | 55 | Redacted Copy of 52 Sealed Motion filed by MOSAID Technologies Inc. pursuant to W.D. Texas SDS procedures by MOSAID Technologies Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Proposed Order Proposed Order)(Cornelia, Matthew) (Entered: 01/27/2026) |
| 01/27/2026 | 56 | MOTION to Withdraw *or SEAL Public Filing (ECF No. 53)* by MOSAID Technologies Inc.. (Attachments: # 1 Proposed Order)(Cornelia, Matthew) (Entered: 01/27/2026) |
| 01/28/2026 | | Text Order GRANTING 56 Unopposed Motion to Withdraw entered by Judge Alan D Albright. Before the Court is Plaintiff MOSAID Technologies Inc.'s ("MOSAID") Unopposed Motion to Seal or Withdraw Document (the "Motion"). Having considered the Motion and the fact that a properly redacted version of Dkt. No. 52 has already been filed at Dkt. No. 55, and noting that the Motion is unopposed, the Court is of the opinion that the Motion should be and hereby is GRANTED. The Court hereby ORDERS the Clerk of Court to seal Dkt. No. 53. (This is a text–only entry generated by the court. There is no document associated with this entry.) (ASlc) |

| | | |
|---|---|---|
| | | (Entered: 01/28/2026) |
| 01/28/2026 | | Notice of Correction: re 57 Sealed Reply in Support of Its Motion to Transfer Venue to the District of Oregon. Please, for future filings, when filing any pleadings with exhibits, your exhibits must have identifiers/references so they can be associated with your pleading. A title of " *Exhibit 13–Pooley Deposition Transcript 2026.01.20–EXCERPT.pdf* " is not acceptable. Thank you. (pg) (Entered: 01/28/2026) |
| 01/29/2026 | 58 | Reply Claim Construction Brief regarding 50 Claim Construction Brief, by Intel Corporation. (Attachments: # 1 Exhibit 9, # 2 Exhibit 10)(Li, Kathy) (Entered: 01/29/2026) |
| 01/30/2026 | 59 | Redacted Copy of 57 Sealed Document by Intel Corporation. (Attachments: # 1 Exhibit 13)(Li, Kathy) (Entered: 01/30/2026) |
| 02/02/2026 | 60 | Minute Entry for proceedings held before Judge Alan D Albright: Motion Hearing held on 2/2/2026 re 38 Sealed Motion to Transfer by Intel Corporation filed by Intel Corporation. Written Order Forthcoming (Minute entry documents are not available electronically.). (Court Reporter Kristie Davis.)(pg) (Entered: 02/02/2026) |